UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GABRIEL POLOCHE AGUIRRE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Krome North Service Processing Center; et al.,<br><br>Respondents. | Case No.:  26-CV-4146 JLS (SBC)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE**<br><br>(ECF No. 9) |

Presently before the Court is the Parties' Joint Motion to Extend Briefing Schedule ("Joint Mot.," ECF No. 9).  Good cause appearing, the Court **GRANTS** the Joint Motion (ECF No. 9).  Respondents **SHALL FILE** a return no later than July 30, 2026.  Petitioner **MAY FILE** a traverse no later than August 6, 2026.

**IT IS SO ORDERED.**

Dated:  July 27, 2026

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

26-CV-4146 JLS (SBC)